IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN L. BILLBE, et al.,

                Plaintiffs,

v.                                                Case No. 06-4050-RDR

URETEK, USA, INC.,

                Defendant.

## ORDER

This case comes before the court on the motion of Derek S. Casey to withdraw as counsel for plaintiffs Ronald J. Leeders, on behalf of J.A.L., a minor, Ronald J. Leeders, Jr., individually, and Jennifer Leeders, individually, and as heirs-at-law of Lori B. Leeders, deceased (Doc. 65).

The Court has reviewed the motion of counsel and finds that it complies with D. Kan. Rule 83.5.5 and that counsel have given notice to the clients of his motion (Doc. 69) and of the clients' rights and obligations as provided by said rule.

The Court therefore Orders that the motion of Derek S. Casey to withdraw as counsel for plaintiffs Ronald J. Leeders, on behalf of J.A.L., a minor, Ronald J. Leeders, Jr., individually, and Jennifer Leeders, individually, and as heirs-at-law of Lori B. Leeders, deceased, is granted and the clerk is directed to send all future notices, pleadings and filings on this matter to the Leeders plaintiffs at: 1319 Cherry Wood Way, Uniontown, OH 44685.  Counsel will remain the attorney of record for Kevin L. Billbe, on behalf of A.N.B. and K.J.B., heirs at law of Brandi Billbe, deceased, The Estate of Brandi Billbe, deceased, and A.N.B. individually.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius

K. Gary Sebelius

U.S. Magistrate Judge
